```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  SHERRILL A. CARVALHO
    Assistant U.S. Attorney
 3  Suite 4401, Federal Courthouse
    2500 Tulare Street
 4  Fresno, CA   93721
    Telephone: (559) 497-4000
 5

 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    ) Cr. F. 06-0011 AWI
                                 )
12            Plaintiff,         ) ORDER REGARDING PARTIES'
                                 ) STIPULATION AND REQUEST
13                               ) FOR CONTINUANCE OF MOTIONS
         v.                      ) HEARING
14                               )
    JUAN MANUEL ELIAS,           )
15                               )
              Defendant.         )
16  _____)

17
         On April 10, 2006, the parties lodged a stipulation to
18
    continue the motions hearing currently scheduled for May 1, 2006
19
    at 9:00 a.m. to May 22, 2006, at 9:00 a.m.  Upon due
20
    consideration of the written stipulation of the parties and the
21
    record herein, the Court issues the following order:
22
         The parties' stipulation and request to continue
23
    government's response to defendant's motion to May 15, 2006 by
24
    4:00 p.m.; the defendant's reply, if any, to May 18, 2006 by 4:00
25
    p.m.; and the motions hearing until May 22, 2006 at 9:00 a.m. is
26
    granted.  Further, the delay resulting from the continuance shall
27
    be excluded in the interests of justice herein to allow
28
```

reasonable time for effective defense preparation, plea negotiations, and the filing of motions, pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)((B)(iv).

IT IS SO ORDERED.

**Dated:   April 11, 2006**                          **/s/ Anthony W. Ishii**
0m8i78                                               UNITED STATES DISTRICT JUDGE