DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
CARRIE S. LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JUAN MANUEL ELIAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:06-cr-00011 AWI |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUSS CONFERENCE HEARING; AND PROPSED ORDER THEREON |
| v. ) | |
| JUAN MANUEL ELIAS, ) | Date:  June 12, 2006 |
| Defendant. ) | Time:  9:00 a.m. Judge: Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for June 5, 2006, may be continued to **June 12, 2006 at 9:00 a.m.**

The continuance sought is at the request of defense counsel to allow her client additional time to consider a plea offer.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further plea

///
///
///
///
///

negotiations pursuant to 18 U.S.C. §3161(h)(8)(A).

DATED:  May 30, 2006   McGREGOR W. SCOTT
United States Attorney


/s/ Sherrill A. Carvalho
SHERRILL A. CARVALHO
Assistant U.S. Attorney
Attorney for Plaintiff


DATED:  May 30, 2006   DANIEL J. BRODERICK
Acting Federal Defender


/s/ Carrie S. Leonetti
CARRIE S. LEONETTI
Assistant Federal Defender
Attorney for Defendant


**O R D E R**

IT IS SO ORDERED.

**Dated:   May 30, 2006**            /s/ **Anthony W. Ishii**
0m8i78                   UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing          2