DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARRIE S. LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JUAN MANUEL ELIAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-00011 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | ) | |
| JUAN MANUEL ELIAS, | ) | |
| Defendant. | ) | Date:  July 31, 2006<br>Time:  9:00 a.m.<br>Judge: Anthony W. Ishii |

    IT IS HEREBY STIPULATED by and between the parties hereto, and through  their respective attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled for July 17, 2006,  may be continued to **July 31,  2006 at 9:00 a.m.**

    The continuance sought is at the request of defense counsel to allow for additional investigation and plea negotiations.

    The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further plea

///

///

///

///

///

1  negotiations pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161 (B)(i) & (iv).

2  DATED:  June 28, 2006                McGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Sherrill A. Carvalho
                                        SHERRILL A. CARVALHO
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff


   DATED:  June 28, 2006                DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Carrie S. Leonetti
                                        CARRIE S. LEONETTI
                                        Assistant Federal Defender
                                        Attorney for Defendant


                             **O R D E R**


IT IS SO ORDERED.

**Dated:   June 30, 2006**                 **/s/ Anthony W. Ishii**
0m8i78                                  UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing         2